396 A.2d 61

Keller et vir, Appellants, v. Old MacDonald's Farm, Inc.

Submitted April 18, 1978. James M. Keller, for appellants; William C. Robinson, for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 61

Kesler et al., Appellants, v. Blakley et al.

Submitted March 23, 1978. Raymond J. Takiff, for appellants; James R. Caiola, for appellees.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.